# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MGM GRAND HOTEL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD SULTAN, et al.,<br><br>    Defendants. | 2:10-CV-1574 JCM (LRL) |

### ORDER

On August 4, 2011, this court entered an order granting the motion to dismiss count II of defendant's counterclaim (doc. #14). (Doc. #29). However, previously, on May 26, 2011, the plaintiff filed a stipulation of dismissal of the case, which simultaneously stipulated to the dismissal of the counterclaims. (Doc. #28). In light of the parties' stipulated dismissal, the order (doc. #39) granting the motion to dismiss (doc. #14) is hereby vacated.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this court's August 4, 2011, order (doc. #29) granting the motion to dismiss count II of defendants' counterclaim (doc. #14) be, and the same hereby is, VACATED.

DATED August 8, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**